FILED
2024 Apr-30  PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

FILED

2024 APR 29  P 12: 19

U.S. DISTRICT COURT
N.D. OF ALABAMA

ALBERT BRUNSON )
_____ )
*Plaintiff* )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )
)
-v- )        Case No. 5:24cv 541-ACA-NAD
)                   *(to be filled in by the Clerk's Office)*
)
)
)
)
)
)
-SEE ATTACHED - PS. 1, 4, 7 )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I.  The Parties to this Complaint

### A.  The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: ALBERT BRUNSON

All other names by which you have been known: NONE

ID Number: 144491

Current Institution: LIMESTONE CORR. FACILITY

Address: 28779 NICK DAVIS RD.

HARVEST — ALA. — 35479

City — State — Zip Code

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: OFF, GREEN / B/m —*ONLY B/m OFF. Green

Job or Title *(if known)*: CORR. OFFICER

Shield Number: UnKnown

Employer: ALA. DEPT. OF CORR, - LIMESTONE CORR.

Address: LIMESTONE CORR. FAC.

HARVEST — ALA. — 35744

City — State — Zip Code

☑ Individual Capacity   ☐ Official Capacity

Defendant No. 2

Name: LT. HOWELL / ONLY LT. HOWELL

Job or Title *(if known)*: LIEUTENANT

Shield Number: UnKnown

Employer: ALA. DEPT. OF CORR. - LIMESTONE CORR.

Address: LIMESTONE CORR. FACILITY

HARVEST — ALA. — 35744

City — State — Zip Code

☑ Individual Capacity   ☑ Official Capacity

2

Defendant No. 3

Name ALA. DEPT. OF. CORR.

Job or Title *(if known)* N/A

Shield Number N/A

Employer N/A

Address ALA. DEPT. OF CORR.

MONTGOMERY ALA.

| City | State | Zip Code |

☐ Individual Capacity     ■ Official Capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual Capacity     ☐ Official Capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

■  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 8TH AMEND. CLAUSE AGAINST EXCESSIVE FORCE. 14TH AMEND. DUE PROCESS OR DENIAL OF. -SEE ATTACHED - PS. 2,3,6,7,4

3

C.   Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

STATE LAW OF ALA. DEPT. OF CORR. (SEE ATTACHED) SEE ATTACHED - Pg. 2,3,67,4.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐   Pretrial Detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other     _____
     *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

— SEE ATTACHED — Pg. 1

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

LIMESTONE CORR. FACILITY. - OCT. 3, 2023 — SEE ATTACHED — pg. 1

4

C.  What date and approximate time did the events giving rise to your claim(s) occur?

OCT. 3, 2023 — (SEE NOV. 2, 2023 APPROX. 10.00 AM. — SEE ATTACHED — PS. 1

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

WAS ASSAULTED — KNOCKED TO FLOOR BY OFF. GREEN LT. HOWELL INVOLVED — ASSIST. CHAPLAIN — EYE DOCTOR, NURSE SEVERAL INMATES, WITNESSED. (—SEE ATTACHED — PS. 1)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

INJURY TO HEALED TORN ANNULAR DISK IN NECK NEW AILMENT OF COMPLETE NUMBNESS RIGHT STOMACH RIGHT SIDE LEG. (SEE ATTACHED — PS. 3)

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

PUNITIVE DAMAGES — MONETARY RELIEF FROM EACH DEFENDANT — $15,000 EACH

— SEE — ATTACHED — PS. 3, 7, 8

5

(A) COMES NOW THE PLAINTIFF ALBERT BRUNSON TO SUBMIT TO THIS HON.COURT A (U,S,C, & 1983)-(42 U.S.C. & 1997 (e)(e).,CLAIM TO THIS COURT AFTER HE HAS SUFFERED FROM THE USE OF EXCESSIVE FORCE,IN VIOLATION OF THE CRUEL AND UNUSUAL PUNUSHMENT CLAUSE OF THE 8th.AMEND. & THE 14th.AMEND.,UI.S. CONST.

ON OCT.3,2023,-(see NOV.2,2023)-AS I WAS STANDING IN FRONT OF THE LAW LIBRARY AT LIMESTONE CORR.FACILITY,WAITING ON THE BATHROOM TO CLEAR,ALONGSIDE THE LAW LIBRARY,I WAS APPROACHED BY OFF.___GREEN WHO ACCUSED ME OF JUST STANDING THERE.

HE FIRST THREATENED TO "SPRAY ME AND BEAT MY ASS". FOR THIS.

AS LT.HOWELL WAS CALLED OVER BY OFF.GREEN,I EXPLAINED TO OFF.GREEN THAT IF THAT HAPPENED,MY FAMILY WOULD SURELY FIND OUT AND SEE ABOUT ME.
AT THIS TIME OFF.GREEN ACCUSED ME OF THREATENING HIM IN THIS WAY, AND HIT ME IN THE FACE JAW,THROAT AREA,KNOCKING ME TO THE FLOOR.

AT THE TIME OF THIS ASSAULT BY OFF.GREEN,I WAS ALREADY PARALYZED ON MY RIGHT HAND SIDE,DOWN MY RIGHT LEG,AND CONFINED TO A WHEELCHAIR, OR WALKER,AFTER A ANNULAR DISK TEAR IN MY NECK HAD CAUSED A VERY RARE CONDITION OF NOT A BRAIN,BUT A SPINAL CORD STROKE),DUE TO THE BASE OF NERVES THERE,ACCORDING TO DR.AKSHAI JANAK SINGH,M.D.,AT HUNTVILLE HOSPITAL WHERE I HAD SPENT 2 WEEKS.

✳ THIS CONDITION HAD ALSO PUT ME ON A (FOLEY CATHETER) AND CONSTIPATED ME.

AFTER GETTING OFF THE FLOOR,I ASKED LT.HOWELL WHAT I SHOULD DO?.

HE MERELY REPLIED GO TO YOUR DORM."

AS I COLLECTED MY THINGS FROM THE LAW LIBRARY,THE CLERKS THERE ADVISED ME TO GO TO THE SHIFT COMMANDERS OFFICE.

ON MY WAY TO MY DORM,I STOPPED BY THE SHIFT COMM.OFFICE,WHERE LT.CHANDLER ORDERED ME TO GO TO THE HEALTHCARE UNIT TO RECEIVE A BODY CHART,(SEE EXH. B ),AND TO WRITE OUT A STATEMENT OF WHAT H HAPPENED,(SEE EXH, A ), AND SHE WOULD OBTAIN ONE FROM OFF.GREEN.

THIS BEING THE APPROPIATE PROCEDURE,INSTEAD OF RETIRNING TO MY DORM. (SEE  ALA.DEPT OF CORR.-S.O.P.- STANDARD OPERATING PROCEDURE).

THIS ATTACK BY OFF.GREEN WAS WITNESSED BY,LT.HOWELL,ASSIST.CHAPLAIN SIGFREE BILL.THE EYE DOCTOR,HIS NURSE,AND SEVERAL INMATES.

(CONTINUED)..

(1)

(CONTINUED)..

IN MY PHYSICAL AND MEDICAL CONDITION,I DID NOT RESIST ANYBODY, AND WAS PHYSICALLY UNABLE,UNWILLING,AND DID NOT POSE A THREAT OF INJURY OR HARM TO OFF.GREEN,LT.HOWELL OR ANYONE ELSE PURSUANT TO, (GALVEY V.BRUCE-552 f.3d.1324-11th.cir.-2008)-(HADLEY V.GUTIERREZ- -526 f.3d.1324,1330-11th.cir.2008)(DAVIS V.WILKINS-451 f.3d.707,759- -11th.cir.2006)

IN THE PLAINTIFFS CASE THE FACTS AND CIRCUMSTANCES ARE THAT THIS USE OF FORCE AND INFLICTION OF PAIN WAS TOTALLY WITHOUT PENELOGICAL JUSTIFICATION IN VIOLATION OF THE 8th.AMEND..,(THOMAS V.BRYANT- -614 f.3d.1288 11th.cir.2000)(WHITNEY V.ABERS 475 U.S. at 320,321) JOHNSON V.BREEDEN 260 f,3d. 1308,1321-11th.cir.2002)(WILLIAMS V.- -BURTON-943 f.2d. at 1575-11th.cir.)

-AND WAS APPLIED MALICIOUSLY AND SADISTICALLY TO CAUSE HARM. (HARRIS V.CHAPMAN 97 f.3d 499,505,506-11th.cir.1996) (DAVIS V.LOCKE-936 f.3d.1208,1212,1213-11th.cir. 1991) (WILLIIAMS V.CASH,C.O.-836 f.3d.1318,1320-11th.cir.)(PERRY V.JOHNSON- -786 f.3d.1093 11th.cir. 1996).

PURSUANT TO THE BUEDEN OF (SKRTICH V.THORNTON-280 f.3d.at 1289,1300- -11th.cir.)-THESE CASES CONTAIN FACTS AND CIRCUMSTANCES VERY SIMILAR TO THE FACTS AND CIRCUMSTANCES OF THE PLAINTIFFS CASE ON THE UNLAWFUL INFLICTION OF PAIN AND EXCESSIVE FORE ON NON RESISTING INMATES.

THE 8th.AMEND. PROVIDES THE PLAINTIFF THE RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT,THE 8th.AMEND. PROSCRIPTION ALSO GOVERNS PRISON OFFICIALS USE OF EXCESSIVE FORCE AGAINST INMATES.

THE LAW OF EXCESSIVE FORCE IN THIS COUNTRY IS THAT THE PLAINTIFF CANNOT BE SUBJECTED TO GRATIOUS AND DISAPPROPIATE FORCE THAT HAS NO OBJECT BUT TO INFLICT PAIN.(WHITNEY V.ABERS $&% U.S. AT 320,321- -106 sct.1078).

THE U.S. SUPREME COURT HAS MADE IT CLEAR IN (HUDSON V.McMILLIAM- -503 U.S.at 7)- THAT THE SAME STANDARD APPLIES TO ALL PRISON EXCESSIVE FORCE CLAIMS,"ANY REASONABLE OFFICIAL UNDERSTANDS THE CONTOUR OF THIS RIGHT."

THE PLAINTIFF CONTENDS THAT OFF.GREENS MALICIOUS AND SADISTIC ATTACK ON THE PLAINTIFF,IN HIS PHYSICAL AND MEDICAL CVONDITION,WITHOUT PENELOGICAL JUSTIFICATION,ANY RESISTANCE,OR ENGAGING IN ANY DISRUPTIVE BEHAVIOR,SO OBVIOUSLY VIOLATED THE CONSTITUTION THAT PRIOR CASELAW IS UNNESSESARY.,PURSUANT TO (GAINES V. WARDYNISKI-871 f.3. 1203, -1208,-11th.cir.2017)(TERRELL V.SMITH-668 f.3d.1204,1255-11th.cir.- -2012).

(CONTINUED)..

(2)

✱ THE PLAINTIFF ALSO CONTENDS THAT OFF.GREENS ASSAULT SUBJECTED HIM TO CRUEL AND UNUSUAL PUNISHMENT THROUGH EXCESSIVE AND UNNECESSART FORCE BEFORE AND WITHOUT A DUE PROCESS HEARING TO DETERMINE ANY POSSIBLE PUNISHMENT OR DISIPLINARY ACTION IN VIOLATION OF(CONST.AMEND.14).

✱ THE 8th AMEND.PROHIBITION AGAINST CRUEL AND UNUSUAL PUNISHMENT IS APPLICABLE THROIGH THE STATES THROUGH THE DUE PROCESS CLAUSE OF THE 14th AMEND.) _(WHITLEY V.ABERS)(HUDSON V.McMILLIAM)

THI*S UNNECESSARY ASSAULT OR ATTACK BY OFF.GREEN HAS RE INJURED THE TORN ANNULAR DISK AT THE BASE OF NECK AND IS SEEMINGLY CAUSING MORE (CONSTANT) PAIN WITHOUT HUNTSVILLE HOSP. MEDICATIONS THAT HEALED OR RELEIVED THIS MUCH PAIN --as my (BODY CHART) FROM HEALTHCARE NOTES,I ADVISED THE NURSE THAT (MY NECK HURTS).(SEE EXH. B ).

IN ADDITION TO A DULL AND NOT DULL CONSTANT PAIN IN NECK NOT RELEIVED BY L.C.F. RX.)_ THE PLAINTIFF IS NOW SUFFERING FROM ANOTHER AILMENT THAT HE DID NOT HAVE AFTEF THE TORN AMMULAR DISK AND ITS SYMPTONS

--THE PLAINTIFF IS EXPERICING COMPLETE (NUMBNESS) FROM THE RIGHT SIDE OF HIS STOMACH DOWN THE RIGHT SIDE OF HIS LEG,THE PLAINTIFF PINCHES HIMSELF IN THESE AREAS AND CANNOT FEEL IT,AND WHEN IN THE SHOWER CANNOT FEEL THE HOT WATER ON THIS SIDE OF HIS BODY DOWN TO HIS FEET.

I HAVE BEEN GIVEN X RAYS AND PRESCRIBED SEVERAL PAIN KILLERS AND ASPIRIN INCLUDING-(15mg.MELOXICAM--400 mg.IBUPROFEN-325 mg. TYLENOL-ASA-325mg.TBEC-ECOTRIN-325mg. TABS-NON-COATED ASPIRIN.------ --AND 85mg. A - FLEX MUSCLE RUB TO BE APPLIED TOPICALLY TO BASE OF NECK EVERY DAY AFTER A SHOWER.by dr.evans L,C,F, HEALTHCARE

✱✱
IT IS NOTEWORTHY THAT THE PLAINTIFF HAS NOT RECEIVED A DISPLINARY HIS WHOLE INCARCERATION THIS TIME,SINCE FEB.,2007.

THE A.D.O.C.L CHARGES A CO_PAY FOR EACH HEALTHCARE VISIT. OF 4.oo DOLLARS. THE PLAINTIFF SEEKS PUNITIVE DAMAGES AND MONETARY RELIEF IN THE AMOUNT OF 15,ooo DOLLARS.

(3)

(4)

(CONTINUED).

(B) COMES NOW THA PLAINTIFFS FACTS AND CIRCUMSTANCES TO SHOW THAT
LT.HOWELL IN HIS INDIVIDUAL(AS WELL AS OFFICIAL)CAPACITY IS
LIABLE FOR THE ACTIONS OF OFF.GRW GREEN UNDER THE (BIVENS)-
SUPERVISOR LIABILITY LABEL-BECAUSE HE WAS STANDING BESIDE OFF.GREN
WHEN THE ATTACK HAPPENED.OR PERSONALLY INVOLVED,FAILED TO PROTECT)
HIS CONDUCT WAS CASUALLY RELATED TO THE CONST,VIOLATION THRIUGH
THE NOTICE OF THE A.D.O(.C. (HISTORY) OR WIDESPREAD ABUSE,ASSAULT,
AND MURDER OF INMATES WITHOUT PENELOGICAL JUSTIFICATION,AND WAS CASUALLY
CONNECTED,WHERE HIS CONDUCT CUSTOM OR POLICY RESULTED IN (DELIBERATE
INDIFFERENCE)TO THE P)LAINTIFFS HEALTH,SAFETY i.,e.CONST.RIGHTS.

(████████████████████-403 U.S.388,29 l.ed 2d 619 -1971).
(ASHCROFT V.IQBA-%%¢ u  -IQBA-556 U.S.662,667,129 sct.1937,98 sctt.
-2018-56 l.ed 20611)(MONELL V.DEPT.-436U.S.658,694)(LAWN V.JONES)-
-2017 U.S. DIST.LEXIS 133402-11th,cir.-2017)(RIVAS V.FREEMAN-
-940 f.2d 1491,1495-11th.cir.1991)(AIS V.GILLESPIX-2023 U.S.DIST.
-LEXIS 176,667-11th.cir.2023)(SKRTICH V.THORNTON-280 f.3d 1295,
-1304-11th.cir.2002).


THE FACTS OF THE P)LAINTIFFS CLAIM ESTABLISHES THAT LT.HOWELL WAS
CASUALLY CONNECTED  AND (DELIBERETELY INDIFFERENT) TO THE CONST.
VIOLATIOSNS WHERE HE WAS CALLED OVER(PERSONALLY PARTICIPATES)
CALLED OVER TO THE PLAINTIFF WHILE LT.WAS IN THE GYM TALKING TO
ASSIST CPAPLAIN  SIGFREE,BILL, AND WAS STANDING BESIDE OFF.GREEN
FACING THE PLAINTIFF (BEFORE) THE P)LAINTIFF WAS KNOCKED TO THE FLOOR.

THE U.S. SUPREME AND THIS COURT-11th.cir.-HAS ESTABLISHED THAT--
-A SUPERVISOR CAN ONLY BE LIABLE UNDER U.S.C.S-1983-AND THE 8th.AMEND.
WHEN HE WAS ACTUALLY IN A POSITION TO INTERVENE ,(OR PERSONALLY
PARTICIPATES) IN THE CONST.VIOLATION.


LT.HOWELL WAS FACE TO FACE WITH OFF. GREEM,WHO HAD BECOME (ENRAGED)
TELLING LT.HOWELL THAT THE PLAINTIFF HAD THREATENED HIM BY ADVISING
THE OFFICER THAT HE WOULD SURELY NOTIFY HIS FAMILY IF HE WAS
SPRAYED AND BEATEN,IN HIS CONDITION AND WITHOUT PENELOGICAL JUSTIFICATION.

IN (LAWN V.JONES)-this court held that-IF AN OFFICER WHETHER SUPERVISORY
OR NOT  FAILS OR REFUSES TO TAKE REASONABLE STEPS TO PROTECT THE
VICTIM OF ANOTHER O+FFICERS USE OF EXCESSIVE FORCE, THE OFFICER CAN
BE HELD LIABLE FOR THE OFFICERS MALFEASANCE UNDER U.S.C.S.-1983)
    -seeHADLEY V.GUTIERREY-526 f.3d 1324,1330 11th-2008)citing-
    -VELAZGUEZ V.CITY OF HIALEAK-484 f.3d 1340,1341 11th.cir.2007)
    PRISON OFFICIALS MAY BE HELD DIRECTLY LIABLE UNDER  &1983)-
    -IF THEY FAIL OR (REFUSE) TO INTERVENE WHEN A CONST.VIOLATION
    OCCURS IN THEIR PRESENCE.
    THE NON INTERVENING OFFICER MUST HOWEVER BEEN IN A POSITION
    TO INTERVENE YET FAILED TO DO SO.

(5) (CONTINUED)..

___ THE 8th AMEND. IMPOSES A DUTY TO PROVIDE REASONABLE PROTECTION WHEN A PRISON OFFICIAL BECOMES AWARE OF A THREAT TO AN INMATES SAFETY. (BROWN V.HUGHES-F.3d2d.,1533,1537-1990)(FISHER V.RHODEN--2023-U.S. DIST.LEXIS 148481-2023).

THE PLAINTIFF CONTENDS THAT LT.HOWELL FAILED IN HIS DUTY TO PROVIDE REASONABLE PROTECTION PURSUANT TO THIS COURTS HOLDINGS. (BROWN V.HUGHES)(FISHER V.RHODEN).

---

THE FACTS AND CIRCUMSTANCES OF THE PLAINTIFFS CLAIM ESTABLISH THAT LT.HOWELL IS LIABLE,BECAUSE HE WAS (CASUALLY COMMECTED) WHERE HIS (IMPROPER) CUSTOM OR POLICY EXHIBITED A DELIBERATE INDIFFERENCE TO THE PLAINTIFFS HEALTH--AND CONST.RIGHTS,AFTER HE WAS STRUCK AND KNOCKED TO THE FLOOR.-PURSUANT TO THE U.S.SUPREME COURT AND THE 11th.cir.-GONZALEZ V.RENO-325 f.3d at 1234-2003)(325 f.3d 1235). (RIVAS V.FREEMAN-940 f.2d 1491,1495-11th.cir.-1991).

DURING THE APPROX.5MONTHS THAT THE PLAINTIFF WAS IN THE INFIRMARY AFTER A 2 WDD WEEK STAY AT HUNTSVILLE HOSP,MLT.HOWELL WAS THE LT. (OVER THE INFIRMARY)AND HAD HAD SEVERAL CONVERSATIONS WITH THE PLAINTIFF IN HIS CONDICTION,AND WAS WELL AWARE THAT THE PLAINTIFF WAS INSERTED WITH A FOLEY CATHETER,WAS PARALYZED ON RIGHT SIDE AND COULD ONLY GET AROUND IN A WHEELCHAIR.

THE FACTS OF THE PLAINTIFFS CASE,CLAIM SHOW THAT AFTER THE PLAINTIFF WAS STRUCK BY OFF.GREEN AND KNOCHED TO THE FLOOR,HE ASKED LT.HOWELL WHAT HE SHOULD.DO?

LT.HOWELL M ERELY REPLIED,(GO TO YOUR DORM).--THIS PROCEDURE IS IN DIRECT CONFLICT WITH THE A.D.O.C.-PROCEDURES WHEN AN INMATE IS INVOLVED IN A PHYSICAL INCIDENT WITH ANOTHER INMATE OR OFFICER,EVEN WHEN AN INMATE IS MERELY SPRAYED WITH MACE BY AN OFFICER,ACCORDING TO THE A.D.O.C.-(STANDARD OPERATING PROCEDURE-S.O.P.).

---

AFTER EITHER OF THESE INCIDENTS INVOLVING AN INMATE  THE INMATE IS TAKEN TO.THE INFIRMARY FOR A.BODY CHART-(A.D.O.C.-S.O.P.).

WHEN THE PROPER POLICY AND PROCEDURE WERE DEMONSTRATED BY LT.CHANDLDR WHEN THE PLAINTIFF STOPPEP BY THE SHIFT OFFICE AND WAS INSTRUCTED BY LT.CHANDLER.TO GO TO THE INFIDMARY AND GET A BODY CHART,WRITE OUT A STATEMENT OF WHAT HAPPENED,AND SHE WOULD OBTAIN ONE FROM OFF.GREEN. (SEE A.D.O.C.-S.O.P.-SEE EXH. A₁ B ).

(CONTINUED)..

(6)  (CONTINUED)..

LT. HOWELLS ACTIONS DURING AND (AFTER) THE PLAINTIFF WAS ATTACKED
BY OFFICER GREEN WERE IN DIRECT CONFLICT WITH CONST.RIGHTS AND
IM DIRECT CONFLICT WITH THE U.S.SUPREME COURT AND THE 11th.cir.
HOLDINGS IN (LAWN V.JONES) THAT..

THE 11th.cir. HAS PROVIDED GUIDANCE CONCERNING THE DISTINCTION
BETWEEN  DELIBERATE INDIFFERENCE AND MERE NEGLIGENCE.

-AN OFFICIAL ACTS WITH DELIBERATE INDIFFERENCE WHEN HE KNOWS THAT
AN INMATE COULD BE IN SERIOUS NEED OF MEDICAL CARE,BUT HE (FAILS)
OR REFUSES TO OBTAIN MEDICAL TREATMENT FOR THE INMATE.
(SEE LANCASTER V.MONROE-116 f.3d 1409,1425-11th.cir.-1997).

THE PLAINTIFF CONTENDS THAT LT.HOWELL IS LIABLE AS A SUPERVISOR
FOR THE UNCONST. CONDUCT OR ASSAULT BY OFF.GREEN WHERE HE WAS
CALLED OPVER TO (PERSONALLY PARTICIPATE) OR WAS PERSONALLY INVOLVED
BEFOFE THE ATTACK HAPPENED--AND HIS CONDUCT ESTABLISHED A CASUAL
CONNECTION TO THE ASSAULT -AFTER BEING WELL AWARE AND ON (NOTICE)
OF THE A.D.O.C. OFFICERS,AND SUPERVISORS WELL ESTABLISHED (HISTOR)Y,
OF WIDESPREAD ABUSE,EXCESSIVE FORCE,ASSAULT,AND (MURDER) OF INMATES.
(COTTONE V.JENNE-f.3d 1352,1357-11th.cir.-2003).(MONELL V.DEPT-
-436 U.S. 658 694 98 sct -2018-2018)-1978).
(GONZALEZ V.RENO-RENO-325 f.3d at 1234-2003).11th.cir.)-(ASHCROFT V.-
-IQBA-556 U.S.-662 667)-(McCORMICK VB. MARTIN-2023 U.S.-DIST. LEXIS-
-120251-11th.cir,-2023).

TO POINT TO OR ESTABLISH A HISTORY OF WIDESPREAD ABUSE,EXCESSIVE
FORCE,FAILURE TO PROTECT,AND (MURDER) OF INMATES BY OFFICERS AND
SUPERVISORS IN THE A.D.O.C.,THE PLAINTIFF COULD PROVIDE NUMEROUS
CITATRIONS OF CASES,THAT (LITTERS) THIS COURTS JURISDICTION FROM
CLAIMS WO(N BY A.D.O.C. INMATES.
AS HE HAS DONE IN THE ABOVE STATED CITATIONS OF CASES PROVIDED TO
ESTABLISH THIS WIDESPE SPREAD PRACTICE.

THE PLAINTIFF PROVIDES THE COMMENTS FROM THIS COURTS OWN HON.
U.S.DIST.JUDGE-(DAVID PROCTOR-NORTHERN DIST, OF ALA-11th.-cir.)
IN THE (LEGAL NEWS).,

--LEGAL NEWS--U,S, DIST. JUDGE DAVID PROCTOR HAS TOLD LAWYERS FOR
A.D.O.C. TO BE READT FOR TRIAL IN NOV. 2024,IN A SUIT FILED BY
THE DEPT.OF JUSTICE IN FEDERAL COURT FOR THE NORTHERN DIST.OF ALA.
AGAINST THE STATES TROUBLED DEPT.OF CORRECTIONS.

-THE SUIT FILED IN 2020 ACCUSES A.D.O.C. OF VIOLENCE AGAINST INMATES
BY GAURDS,FAILURE TO PROTECT INMATES,AS WELL AS EXCESSIVE FORCE BY
GUARDS,FOLLOWING A DEPT.OF JUSTICE INVESTIGATIONB IN 2019.

-GUARD ASSAULTS ON PRISONERS IN ALABAMA IS ROUTINE NEWS IN THE
COTTON STATE,FREQUENTLY JUMPING ONTO NATIONAL HEADLINES TOO.

(CONTINUED)..

(6)

(CONTINUED)..

-ON SEPT. 12,2023 FORMER (LT.) MOHAMMED JENKINS,SO ADMITTED ASSAULTED
INMATE VICTOR RUSSO (60) SIX DAYS BEFORE RUSSO,S FEB.22 (DEATH)
AT W.E. DONALSON CORR.FAC.-AFTER LT. PEPPER SPRAYED HIM AND THEN
HIT HIM IN HEAD WITH SPRAY CANNISTER,HIS SENTENCING IS SET FOR DEC.
2023.-(SEE-UNITED STATES V.JENKINS-U.S.D.C.)N.D.ALA.
CASE NUMBER-CR-00030).
LESS THAN A MONTH EARLIER ON AUGUST 17,A JURY CONVICTED FORMER (SGT.)
DEVLON WILLIAMS OF USING EXCESSIVE FORCE ON ANOTHER INMATE I.D.
AS D.H. AT STATON CORR.FAC.IN MARCH 2019-BEATING  HIM WITH A BATON
AFTER HE HAD BEEN SUBDUED.CO DEFENDENT AND FELLOW GUARD LARRY MONOHAN
PLEADED GUILTY TO THE SAME ASSAULT ON DEC.2018.
sentencing for both guards has been set for nov.15,2023.
(SEE UNITED STATES V.WILLIAMS U.S.D.(M.D.ALA.-CASE NO.2.21-CR.-00160.).

(SEE GALVEY V.BRUCE-552-f.3d 1238-11th.cir.-2008)(HADLEY V.GUTIERREZ-
-526 f.3d 1324,1330-11th.cir.-2008)(DAVIS V.WILLIAMS-451 f.3d 759,767-
-11th.cir.2008-2006).(NESBIT V.WARD-2023-NESBIT V.DANIO-2023 U.S.-
-DIST. LEXIS 128229)(SAILUM V.WARD-2023 U.S. DIST. LEXIS  128229-
-LEXIS -153240is DANIO)(SKRTICH V.THORTON011th.cir.)

"

"THE NECESSARY CASUAL CONNECTION CAN BE ESTABLISHED "WHEN A HISTORY
OF WIDESPREAD ABUSE  PUTS (LT.)HOWELL,THE RESPONSIBLE SUPERVISOR
ON NOTICE OF THE NEED TO CORRECT THE ALLEGED DEPRIVATION AND HE
REFUSES OR FAILS TO DO SO.  (GONZALEZ V.RENO-325 f.3d at 1234-11th.cir.03).

LEGAL NEWS--STATE LEADERS PROMISED TO FIX THE PROBLEM,BUT 4 YEARS
LATER A.D.O.C.PRISON GUARDS PROBLEM CONTINUES.

----    (DUE TO A A.D.O.C.COPAY THE PLINTIFF SEEKS 15,9oo.oo MONETARY RELIEF)

(C)

TO PROVE LIABILITY AGAINST THE A.D.O.C. BASED ON CUSTOM,A PLAINTIFF
MUST ESTABLISH A WIDESPREAD PRACTICE THAT ALTHOUGH NOT AUTHORIZED
BY WRITTEN LAW,OR EXPRESS POLICY,IS SO PERMENANT AND WELL SETTLED
AS TO CONSTITUTE A CUSTOM OR USAGE.-(FLOYD V.WATSON-133 f.3d 786-
-793-11th.cir. 1998.)(MONELL BIVINS)
COMES NOW THE PLAINTIFF TO CONTEND THE THE A.D.O.C. ARE LIABLE FOR
THE ASSAULT AND INJURY OF THE PLAINTIFF BY OFF.GREEN.BIVENS-MONELL CLAIM).

THIS BASED ON AND ESTABLISHED WITH ALL THE ABOVE STATED CITATION
O(F CASES AND CASELAW DERIVED FROM THE HUNDREDS OF INCIDENTS OR
WIDESPREAD PRACTICE OF ABUSE,ASSAULT,EXCESSIVE FORCE AND MURDER
OF INMATES,WITHIN THE A.D.O.C.,THAT FINDS ITS WAY  (AND LITTERS)
THIS COURTS JURISDI*CTION.   -ALREADY PROVIDED ABOVE.

INCLUDING THIS COURTS HON.JUDGE DAVID PROCTOR IMPATIENCE OR BEING
FED UP,AND THE PLAINTIFFS ALREADY PROVIDED REFERENCES TO THIS
WIDESPREAD PRACTICE OF ABUSE AND MURDER,ASSAULT.

**** THIS  CUSTOM OR POLICY SEEN AFTER A DEPT.OF JUSTICE INVESTIGN
FROM 2019.

(CONTINUED)..

(7)

CONTINUE)...

AS THIS HON.COURT DEALS WITH,AND IS WELL AWARE,THESE (42 U.S.C.& 1997(e)(e) 1983 PERSONEL INJURY CLAIMS OF PERSONELL INJURY BY A.D.O.C. GUARDS AND SUPERVISORS WITHOUT PENELOGICAL JUSTIFICATION,IS A WIDESPREAD PRACTICE,SO PERMENANT AND WELL SETTLED,AS TO CONSTITUTE A POLICY OR USAGE,WITH FORCE OF LAW. EVEN THOUGH THIS PRACTICE HAS NOT RECEIVED FORMAL APPROVAL THROUGH THE BOBYS DECISION MAKING CHANNALS,(I.D. at 795).

(LEGAL NEWS--GUARD ASSAULTS ON INMATES IN ALABAMA IS (ROUTINE)NEWS IN THE COTTON STATE,FREQUENTLY JUMPING ONTO NATIONAL NEWS.

-STATE LEADERS (PROMISED) TO FIX THE PRO(BLEM,BUT 4 YEARS LATER ALA.PRISON GUARD PROBLEMS CONTINUE,

**IT IS NOTEWORTHY THAT THE PLAINTIFF  HAS FILED A GRIEVANCE WITH THE INST.GRIEVANCE OFFICER,(I.O.C.),REQUEST FOR REPLY,BUT NO RESPONSE.

THE A.D.O.C.CHARGES A 4.00 DOLLAR CO_PAY FOR EACH MEDICAL VISIT.

THE PLAINTIFF SEEKS PUNITIVE DAMAGES,AND MONETARY RELIEF  FROM A.D.O.C. IN THE AMOUNT OF 15,000 DOLLARS,FOR A TOTAL OF 45,00o DOLLARS.

SWORN TO AND AFFIRMED UNDER THE PENALTY OF PERJURY THAT THE ABOVE STATED IS TRUE AND CORRECT.DONE THIS THE     DAY OF APRIL 2023.

Albert Brunson
4-22-23

(8)

( EXH. A )

*********************

## EXHIBIT A

### EXACT COPY OF STATEMENT SUBMITTED TO LT.CHANDLER

ON OCT. 2,2023 SEE NOV.2)-AS I WAS STANDING IN FRONT OF THE LAW LIBRARY
WAITING ON THE BATHROOM,I WAS APPROACHED BY OFF.GREEN,WHO ACCUSED
ME OF JUST STANDING THERE.
HE FIRST THREATENED TO "SPRAY ME AND BEAT MY ASS".,AS LT. HOWELL
WAS CALLED OVER I EXPLAINED TO OFF.GREE,THAT IF THAT HAPPENED TO
ME MY FAMILYWOULD SURELY FIND OUT AND SEE ABOUT ME.

AT THIS TIME OFF.GREEN ACCUSED ME OF THREATENING HIM IN THIS WAY,
AND HIT ME IN THE FACE THROAT AREA,KNOCKING ME TO THE FLOOR.


I AM PARALYZED ON MY RIGHT LEG SIDE AND IN A WHEEL CHAIR OR WALKER,
AFTER A TORN DISK IN MY NECK DID THIS,PUT ME ON A CATHETER,AND CON_
STIPATED ME.AS I SPENT 2 WEEKES IN HUNTVILLE HOSPITAL.

LT.HOWELL,THE ASSIST,CHAPLAIN,THE EYE NURSE,AND SEVERAL INMATES
ALL WITNESSED THIS ASSAULT ON ME BY OFF.GREEN.
THE LAW CLERKS WILL VERIFY THAT I HAD BEEN IN THE LAW LIBRARY
ALL MORNNING.
I HAVE GIVEN A STATEMENT HAD BODY CHART,WHICH NOTES THE PAIN OF
RE_INJURY TO MY NECK,AS AFTER MONTHS OF PAIN,
I WAS TOLD TO SIGN UP FOR SICK CALL  AND DID.

Albert Brunson

(a)

(EXH. B)

## Alabama Department of Corrections
## Inmate Body Chart Documentation Form



Institution: __LCF__   Date: __10-3-23__ Time: __1213pm__

Individual Requesting Body Chart (print name): __Hooks__   Title: __Sgt.__

Inmate statement:

"After talking to Officer he hit me in the throat and I went to the ground."

R   L

**Description of markings:**

no obvious injuries - states "my neck hurts, I have a disk that's messed up about 8 months ago"

Check below:

___ *Progress Note additionally completed and filed in the inmate health record.

___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _____   Date: __10-3-23__ Time: __1213p__

Inmate Name: __Brunson, Albert__   AIS #: __144991__ DOB: __8-17-67__

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services  Form E 11 (a) 8/2014

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

■ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

LIMESTONE CORR FACILITY

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

■ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

■ Do not know

If yes, which claim(s)?

_____

_____

6

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☐  No

E.  If you did file a grievance:

1.  Where did you file the grievance?

LIMESTONE CORR. FACILITY

2.  What did you claim in your grievance?

THAT I HAD BEEN ASSAULTED WITH EXLESSIVE FORCE

3.  What was the result, if any?

NO RESPONSE - REQUESTED REPLY, RESPONE-STILL NO RESPONSE

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

FILED GRIEVANCE - REQUESTED RESPONSE
NO RESPONSE.

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

N/A

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

FILED   GRIEVANCE

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

GRIEVANCE   IGNORED   BY   L.C.F.
REQUEST FOR   REPLY, RESPONSE   IGNORED

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☒   Yes

☒   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

FILED - DENIAL OF ACCESS TO COURT CLAIM
SEEKING INJUNCTIVE RELIEF - ORDERED BY
COURT TO FILE HABEOUS PETITION -
THIS UNJUSTLY DONE IN A MISREPRESENTATION
OF RECORD - CLAIM IMPROPERLY SEEN AS HABEOS
AFTER ORDER TO FILE HAB. PETITION OR CLAIM
DISMISSED. - WILL REFILE § - 1983 PETITION

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

■  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.  Docket or index number

_____ N/A _____

4.  Name of Judge assigned to your case

_____ N/A _____

5.  Approximate date of filing lawsuit

_____ N/A _____

6.  Is the case still pending?

☐  Yes

■  No

If no, give the approximate date of disposition. ____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

_____

9

**IX.**     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff     ALBERT BRUNSON

Prison Identification #     144491

Prison Address     28779 NICK DAVIS RD.

HARVEST _____ ALA. 35749
City _____ State _____ Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     4-22-23
(Date)

_____ _Albert Brunson_ _____
Signature of Plaintiff

10

CLERK - U.S. DIST. COURT
NORTHERN DIST. ALA.

BUSINESS OFFICE AT L.C.F.
HAD ME SUBMIT IN FORMA PAUPERIS WITH
SELF ADDRESSED ENVELOPE FOR THAT OFFICE TO
FILE OR MAIL SEPERATE - THIS DONE ON
4-22-23 - LEGAL MAIL - DAY BEFORE.
Sworn to and affirmed under penalty of perjury that
the above stated is true and correct. Albert Brown
4-22-23

ALBERT BRUNSON
28779 Nick Davis Rd.
HARVEST, ALA. 35749
[44991 - 77-28B

SECURITY

APR 29 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

This Correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content

— CLERK —

U.S. District Court
Northern Dist. of Alabama
Rm. 140
1729 5TH Avenue North
Birmingham, Alabama